1  Eric K. Fogderude  # 070860
   FLETCHER & FOGDERUDE, INC.
2  5412 N Palm Ave # 101
3  Fresno, CA   93704
   Telephone: 559-431-9710
4  Attorney for Defendant,  RAYMOND GENTILE

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No.  1:12-cr-00360 AWI

12                      Plaintiff,     **STIPULATION TO CONTINUE
                                       STATUS HEARING AND ORDER**
13       v.                            **THEREON**

14  RAYMOND GENTILE,

15                      Defendant.     **Date:   July 28, 2014
                                       Time:  1:00 p.m.
                                       Judge: Honorable Barbara McAuliffe**
16                                     **United States Magistrate**

17

18                              **STIPULATION**

19        It is hereby stipulated by and between the parties hereto that the Status Hearing in the

20  above entitled matter now set for May 27, 2014, may be continued July 28,  2014 at 1:00 p.m.

21        The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7)

22  (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the

23  public and the defendant in a speedy trial, since the failure to grant such a continuance would

24  deny counsel for the defendant the reasonable time necessary for effective preparation, and plea

25  negotiations taking into account the exercise of due diligence.

26        Good cause exists because the defendant has recently had biopsies taken of masses on his

27  lung and kidney and will be having medical consults with several specialist during the next 2-3

28  weeks to evaluate the results and most likely schedule surgery. Once the results of his biopsies

                                        1

1   and medical consults are known, it is very possible that a settlement of his case will be reached.

2   DATED:  May 19, 2014                              FLETCHER & FOGDERUDE, INC.

3                                                                /s/ Eric K. Fogderude                          .
                                                                 ERIC K. FOGDERUDE
4                                                                Attorney for Defendant, RAYMOND GENTILE

5
    DATED: May 21, 2014
6                                                                / s/ Carol Ann Moses
                                                                 CAROL ANN MOSES
7                                                                Attorney for Defendant,  GUSTAVO SALINAS

8

9

10  DATED: May 19, 2014                               Benjamin B. Wagner

11                                                               United States Attorney

12                                                               /s/  Karen Escobar                              .
                                                                 KAREN ESCOBAR
13                                                               Assistant US Attorney

14

15                                        **ORDER**

16       IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. §3161, subd.(h)(7)(A) and

17  (B). For the above stated reasons, the court finds that the ends of justice served by the delay

18  outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the court

19  grants the stipulation that the status hearing be continued from May 27, 2014 at 1:00 p.m. to July

20  28, 2014 at 1:00 p.m.

21
    IT IS SO ORDERED.
22

23      Dated:   **May 21, 2014**                        /s/ Barbara A. McAuliffe          _
                                                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28
                                                    2