1   Eric K. Fogderude  # 070860
    FLETCHER & FOGDERUDE, INC.
2   5412 N Palm Ave # 101
3   Fresno, CA   93704
    Telephone:  559-431-9710
4   Attorney for Defendant,  RAYMOND GENTILE

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  1:12-cr-00360 AWI

12                          Plaintiff,       **WAIVER OF APPEARANCE AND
                                             REQUEST FOR ORDER AUTHORIZING
13          v.                               WAIVER;  ORDER**

14   RAYMOND GENTILE,
                                             **Date:   May 27, 2014**
15                          Defendant.       **Time:  1:00 p.m.**
                                             **Judge: Honorable Barbara McAuliffe**
16                                           **       United States Magistrate**

17

18   Pursuant to Fed.R.Crim.P. 43(b)(3), Defendant RAYMOND GENTILE, having been advised of

19   his right to be present at all stages of the proceedings, hereby requests that this Court proceed in

20   his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant

21   agrees that his interests shall be represented at all times by the presence of his attorney, Eric K.

22   Fogderude, the same as if Defendant were personally present, and requests that this court allow

23   his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to

24   Defendant's attorney that Defendant's presence is required will be deemed notice to the

25   Defendant of the requirement of his appearance as said time and place.

26   ///

27   ///

28   ///

                                              1

Dated:  May 20, 2014                                    /s/ Raymond Gentile
                                                        RAYMOND GENTILE, Defendant

Dated: May 20, 2014                                     /s/ Eric K. Fogderude
                                                        ERIC K. FOGDERUDE, Attorney for Defendant
                                                        RAYMOND GENTILE

GOOD CAUSE APPEARING, it is hereby ordered that the Defendant's appearance may be

waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

    Dated:    **May 21, 2014**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE