Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Attorney for Defendant,  RAYMOND GENTILE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RAYMOND GENTILE,<br><br>      Defendant. | No.  1:12-cr-00360 AWI<br><br>**STIPULATION TO CONTINUE STATUS HEARING AND ORDER THEREON**<br><br>Date:   November 10, 2014<br>Time:  1:00 p.m.<br>Judge: Honorable Barbara McAuliffe<br>    United States Magistrate |
|---|---|

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the Status Hearing in the above entitled matter now set for October 27, 2014, may be continued November 10, 2014 at 1:00 p.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7) (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, and plea negotiations taking into account the exercise of due diligence.

///

///

1

1   Good cause exists because the defendant has requested, but not yet received, written
2   medical reports from his primary care doctor and oncologist concerning the diagnosis and
3   prognosis of his medical condition, since his recent surgery to remove a cancerous kidney. These
4   reports may facilitate a resolution of this case.

DATED:  October 23, 2014         FLETCHER & FOGDERUDE, INC.

 /s/ Eric K. Fogderude                             .
ERIC K. FOGDERUDE
Attorney for Defendant, RAYMOND GENTILE

DATED: October 23, 2014          Benjamin B. Wagner

United States Attorney

/s/  Karen Escobar                                 .
KAREN ESCOBAR
Assistant US Attorney

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. §3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the court grants the stipulation that the 9th Status Conference hearing be continued from October 27, 2014 at 1:00 p.m. to November 10, 2014 at 1:00 p.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **October 23, 2014**          /s/ Barbara A. McAuliffe    _
                                        UNITED STATES MAGISTRATE JUDGE