BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cr-00360 AWI BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RAYMOND GENTILE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on April 27, 2015.

2. By this stipulation, the parties move to continue the status conference to Tuesday, May 26 at 1:00 p.m., in order for the Bureau of Prisons Office of Medical Designations to review the defendant's medical records which were produced by the defense to the government on March 6 and April 13, 2015.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The parties need additional time to assess a potential disposition of the case, in

consideration of the defendant's medical condition and prognosis.

      b.      The parties believe that failure to grant the above-requested continuance would deny the defendants the reasonable time necessary for effective resolution, taking into account the exercise of due diligence, and for examinations to determine the physical capacity of the defendant.

      c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 27, 2015, to May 26, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

////

////

////

////

////

////

////

////

IT IS SO STIPULATED.

DATED: April 22, 2015.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: April 22, 2015.

/s/ Eric Fogderude
ERIC FOGDERUDE
Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED that the 11th Status Conference as to Raymond Arthur Gentile (1) is continued from April 27, 2015 to Tuesday, May 26, 2015 at 1:00PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (7)(A).

IT IS SO ORDERED.

Dated: **April 22, 2015**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE