1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | 1:12-cr-00360 AWI BAM

12 |              Plaintiff,           | STIPULATION REGARDING
                                        CONTINUANCE AND
13 |         v.                        | EXCLUDABLE TIME PERIODS
                                        UNDER SPEEDY TRIAL ACT;
14 | RAYMOND GENTILE,                  | FINDINGS AND ORDER

15 |              Defendant.

16

17                        **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by

19 and through his counsel of record, hereby stipulate as follows:

20     1.   By previous order, this matter was set for a status conference on October 13, 2015.

21     2.   By this stipulation, the parties move to continue the status conference to October 26,

22 2015, at 1:00 p.m., in order to accommodate the Court's schedule and to conduct trial

23 preparation/plea discussions.

24

25     3.   The parties agree and stipulate, and request that the Court find the following:

26         a.   The parties need additional time to assess a potential disposition of the case

27 and/or conduct additional investigation and/or prepare for trial.

28

        b.       The Court is unavailable on October 13, 2015.

        b.       The parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective resolution, further investigation, and/or trial preparation, taking into account the exercise of due diligence.

        c.       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d.       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 13, 2015, to October 26, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

////

////

////

////

////

////

////

////

////

IT IS SO STIPULATED.

DATED: September 4, 2015. Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: September 4, 2015.

/s/ Eric Fogderude
ERIC FOGDERUDE
Counsel for Defendant

# O R D E R

IT IS SO FOUND AND ORDERED that the 12th Status Conference and setting a Trial date is continued from October 13, 2015 to October 26, 2015 at 1:00 PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (7)(A). The parties shall be prepared to select a trial date, for early 2016, at this status conference.

IT IS SO ORDERED.

Dated: **September 8, 2015**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE