BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cr-00360 AWI BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND [PROPOSED] ORDER |
| v. | |
| RAYMOND GENTILE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on April 12, 2016, and trial confirmation on March 28, 2016.

2. By this stipulation, the parties move to continue the trial confirmation to April 4, 2016, at 10:00 a.m., in order to accommodate the government's annual leave.  At the time of the setting of trial, a trial confirmation date had not been discussed between the parties and counsel for the government was not present, having been called to another courtroom to address a detention matter in another case.

3.  Time has already been excluded to and through the trial date.

IT IS SO STIPULATED.

DATED: October 28, 2015.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: October 28, 2015.

/s/ Eric Fogderude
ERIC FOGDERUDE
Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED that the Trial Confirmation hearing is continued from March 28, 2016 to April 4, 2016 at 10:00 AM before Judge Ishii in Courtroom 2.

IT IS SO ORDERED.

Dated: **October 29, 2015**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE