BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cr-00360 AWI BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND   ORDER |
| v. | |
| RAYMOND GENTILE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for trial on April 12, 2016, and trial confirmation on April 4, 2016.

2.  By this stipulation, the parties move to continue the trial to April 26, 2016, in order to accommodate the government's service hours commitment previously made but recently notified of the service dates.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  The parties need additional time to assess a potential disposition of the case

and/or conduct additional investigation and/or prepare for trial.

   b. It is expected that the trial may go beyond one court week and the government is unavailable on April 19 and 20, 2016.

   b. The parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective resolution, further investigation, and/or trial preparation, taking into account the exercise of due diligence, and would deny the government continuity of counsel.

   c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 12, 2016, to April 26, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

DATED: November 4, 2015. Respectfully submitted,

          BENJAMIN B. WAGNER
          United States Attorney

          /s/ Karen A. Escobar
          KAREN A. ESCOBAR
          Assistant United States Attorney

DATED:     November 4, 2015.

>/s/ Eric Fogderude
> ERIC FOGDERUDE
> Counsel for Defendant

## O R D E R

At trial setting, the parties mutually selected the agreed upon trial date of April 12, 2016. The parties are admonished that when selecting trial dates, the Court relies upon their meet and confer requirement to select dates which are clear on their calendars and convenient to the Court's calendar. This recently discovered conflict barely meets the good cause standard for a continuance.

IT IS SO FOUND AND ORDERED that the Jury Trial date is currently set for April 12, 2016 and is now continued to April 26, 2016 before Judge Ishii in Courtroom 2. Time is excluded excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Trial Confirmation remains set for April 4, 2016 at 10:00 before Judge Ishii.

IT IS SO ORDERED.

Dated:   **November 9, 2015**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE