UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



**FILED**

JUL 2 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:**  **1:12-cr-00360-DAD-1**

**CASE NAME:**  **USA vs. Raymond Arthur Gentile**

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits admitted at trial be returned to government, **irrespective of who used, referenced or admitted the exhibit at trial**. The government shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

The government shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated:  **July 22, 2016**  _____
DISTRICT JUDGE

**DATE EXHIBITS RETURNED:**  July 22, 2016

**Govt Attorneys: Karen Escobar and Melanie Alsworth**

**Govt Attorney Signatures:** _____

**DATE EXHIBITS RETURNED:**  July 22, 2016

**Deft Attorney: Eric Fogderude**

**Deft Attorney Signature:** _____

**This document certifies that the above referenced exhibits were returned.**

**Date:**  July 22, 2016  _____
**RENEE GAUMNITZ**
**Courtroom Clerk**