PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:12-CR-00360-DAD-BAM-1 |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| RAYMOND ARTHUR GENTILE, | |
| Defendant. | |

Based upon the guilty verdict entered by a jury against defendant Raymond Arthur Gentile and the accompanying Application for Preliminary Order of Forfeiture and Publication Thereof by the United States, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(4) and 21 U.S.C. § 853, defendant Raymond Arthur Gentile's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. One .45 caliber Glock pistol with magazine;

   b. Nine (9) rounds of .45 caliber Plainfield Machine Co. ammunition;

   c. One Mossberg Model 500A pump action 12-gauge shotgun, and

   d. One 18.5-inch aluminum bat.

2. The above-listed assets constitute property derived from, any proceeds the defendant obtained, directly or indirectly, or was property used, or intended to be used, in any

manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B), or is property obtained, directly or indirectly, as a result of a violation of 18 U.S.C. § 1001.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Drug Enforcement Administration in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(4), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **July 29, 2016**

_____
UNITED STATES DISTRICT JUDGE