1  Eric K. Fogderude  # 070860
   FLETCHER & FOGDERUDE, INC.
2  5412 N Palm Ave # 101
3  Fresno, CA  93704
   Telephone: 559-431-9710
4  Attorney for Defendant,  RAYMOND GENTILE

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                Case No.  1:12-cr-00360-DAD-BAM

12                        Plaintiff,          STIPULATION AND ORDER REGARDING
                                              CONTINUANCE
13          v.

14  RAYMOND GENTILE,

15                        Defendant.

16

17                                      **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by

19  and through his counsel of record, hereby stipulate as follows:

20      1.  By previous order, this matter was set for sentencing on Monday, October 17, 2016 at

21          10:00 a.m.

22      2.  Thereafter, the defendant has requested to file a post-conviction Motion to Reconsider

23          the Court's Order Denying Defendant's Motion to Dismiss or Enjoin the Expenditure

24          of Funds in consideration of the recent Ninth Circuit Court of Appeals ruling in U.S.

25          v. McIntosh, case number 15-10117.

26      3.  By this stipulation, the parties now move to continue the sentencing and to schedule a

27          briefing schedule on said motion.

28      4.  The parties further stipulate to the following motion briefing schedule:

                                                1

| | | |
|---|---|---|
| 1 | Defendant's Motion filed by: | September 19, 2016 |
| 2 | Plaintiff's Opposition filed by: | October 11, 2016 |
| 3 | Defendant's Reply filed by: | October 24, 2016 |
| 4 | Hearing: | October 31, 2016 |

5.   The parties further stipulate that the sentencing hearing presently scheduled for October 19, 2017 be continued to December 19, 2017 at 10:00 a.m.

**IT IS SO STIPULATED:**

DATED:  August 26, 2016          FLETCHER & FOGDERUDE, INC.

  /s/ Eric K. Fogderude                          .
ERIC K. FOGDERUDE
Attorney for Defendant, RAYMOND GENTILE

DATED: August 26, 2016          Benjamin B. Wagner

United States Attorney

/s/  Karen Escobar                          .
KAREN ESCOBAR
Assistant US Attorney

## ORDER

For the reasons set forth above, the continuance requested is granted for good cause. Based on the parties' stipulation, the court sets the following briefing schedule;

| | | |
|---|---|---|
| Defendant's Motion filed by: | September 19, 2016 |
| Plaintiff's Opposition filed by: | October 11, 2016 |
| Defendant's Reply filed by: | October 24, 2016 |
| Hearing: | **October 31, 2016, at 10:00 a.m.** |

The sentencing hearing previously set for October 19, 2016, is continued to **December 19, 2016, at 10:00 a.m** in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **August 29, 2016**          _____
                                        UNITED STATES DISTRICT JUDGE