BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-cr-00360-DAD-BAM-1 |
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE |
| v. | |
| RAYMOND GENTILE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on December 19, 2016, at 10 a.m.

2.      By this stipulation, the parties move to continue the sentencing to January 30, 2017, in order to allow the Court to consider and rule on the defendant's Gentile's motion, to accommodate the government's leave schedule, and to accommodate defense counsel's trial schedule.

3.      The parties further stipulate to the following revised presentence schedule:

a.      December 12, 2016:  distribution of draft presentence report;

1

b.      December 27, 2016:  submission of informal objections;

c.      January 3, 2017:  distribution of final presentence report;

d.      January 9, 2017: filing of formal objections and sentencing memoranda;

e.      January 17, 2017: filing of responses to formal objections and sentencing memoranda.

**IT IS SO STIPULATED.**

DATED:      November 9, 2016.      Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney


DATED:      November 9, 2016.


/s/ Eric Fogderude
ERIC FOGDERUDE
Counsel for Defendant


## ORDER

Pursuant to the parties' stipulation, the court finds good cause and continues the sentencing hearing as to the above named defendant from December 19, 2016, to **January 30, 2017**, at 10:00am in Courtroom 5 before District Judge Dale A. Drozd.  The court adopts the parties' proposed revised presentence schedule.

IT IS SO ORDERED.

Dated:   __**November 9, 2016**__      _____

UNITED STATES DISTRICT JUDGE