# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND ARTHUR GENTILE,<br><br>Defendant. | No. 1:12-cr-00360-DAD-BAM-1<br><br>ORDER GRANTING REQUEST TO FILE RECORDS OF FRANCHISE TAX BOARD UNDER SEAL |

The United States of America, by and through Phillip A. Talbert, the Acting United States Attorney for the Eastern District of California, and Karen A. Escobar, Assistant United States Attorney, having requested permission to file the records received from the California Franchise Tax Board under seal in light of the confidential nature of the materials and statutory protection granted by California Revenue and Taxation Code, Section 19542, and good cause appearing therefor,

The government may file the records received from the California Franchise Tax Board under seal.

IT IS SO ORDERED.

Dated:  **November 21, 2016**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

1