UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND ARTHUR GENTILE,<br><br>Defendant. | Case No. 1:12-cr-00360-DAD-BAM-1<br><br><u>ORDER GRANTING ACCESS TO DOCUMENTS FILED UNDER SEAL</u><br><br>(Doc. No. 223) |

This court appointed Johanna S. Schiavoni, Esq., as CJA Panel Co-counsel to represent defendant Raymond Arthur Gentile pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on May 18, 2017. Counsel has been appointed to handle certain post-trial matters prior to the defendant's forthcoming appeal.

On May 23, 2017, Ms. Schiavoni filed in this Court a motion and supporting declaration seeking access to documents designated as "Sealed" or "Assigned Counsel Only" before this Court. Having considered Ms. Schiavoni's motion, because CJA counsel is ordinarily entitled to such documents as part of the record on appeal, the request for access to the documents and transcripts or portions thereof filed "under seal" or for "assigned counsel only" is granted.

///

///

///

1

1       The Clerk shall serve on counsel for defendant a copy of district court Docket Nos. 74, 75, and 203.  To the extent documents were filed at docket entries 2, 3, 6, 13 and 22, the Clerk shall serve on counsel for defendant a copy of those documents as well.

IT IS SO ORDERED.

Dated: **May 24, 2017**

_____
UNITED STATES DISTRICT JUDGE