IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00360-DAD-BAM-1 |
|---|---|
| Plaintiff, | ORDER SUA SPONTE RECONSIDERING APPOINTED COUNSEL'S MOTION FOR ACCESS TO DOCUMENTS FILED UNDER SEAL AND UNITED STATES' REQUEST FOR ACCESS TO SEALED DOCUMENTS |
| v. | |
| RAYMOND ARTHUR GENTILE, | |
| Defendant. | (Doc. Nos. 223, 224) |

By order filed May 24, 2017, the court granted the motion of defendant Gentile's recently appointed co-counsel for access to documents filed under seal. (Doc. No. 225.) In granting that motion, the court was of the belief that counsel was merely seeking access to documents filed under seal to which defendant Gentile's previously appointed counsel had been provided access to. Counsel for the government replied to appointed co-counsel's motion and therein requested access to documents designated as Doc. Nos. 2, 3, 6, 13, and 22, which were ordered provided to defense counsel pursuant to the court's May 24, 2017 order.

The court now realizes that defense co-counsel did not limit the request for access to documents to those which were previously made available to defendant's appointed counsel. Accordingly, the court sua sponte reconsiders and modifies its May 24, 2017 order. The documents designated as Doc. Nos. 2, 3, 6, 13, and 22 consist merely of arrest warrants and CJA 23 Financial Affidavits and are not needed by counsel. Accordingly, defendant's recently appointed co-counsel is directed to delete the email

received from the Clerk's Office by which those documents were served upon her pursuant to the court's erroneously issued May 24, 2017 order and to destroy any copies made of those documents. In addition, government counsel's request for access to those same documents (Doc. No. 224) is denied in light of this order.

IT IS SO ORDERED.

Dated: **May 31, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE