Johanna S. Schiavoni, SBN 248501
*Counsel pursuant to the Criminal Justice Act*
LAW OFFICE OF JOHANNA S. SCHIAVONI
3170 Fourth Avenue, Suite 250
San Diego, CA 92103
Tel: (619) 269-4046
Email:  johanna@schiavoni-law.com

Counsel for Defendant-Appellant
RAYMOND ARTHUR GENTILE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* v. RAYMOND ARTHUR GENTILE, *Defendant-Appellant.* | No.  1:12-cr-00360-DAD-BAM Eastern District of California, Fresno **NOTICE OF APPEAL; CERTIFICATE OF SERVICE** JUDGE: Hon. Dale A. Drozd |
|---|---|

Notice is hereby given that Raymond Gentile, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and sentence pronounced on June 5, 2017, and the judgment entered in this action on

June 8, 2017 and the amended judgment entered on June 9, 2017. Doc. Nos. 232, 234, 235. Pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A), this notice complies with the time requirements for filing a notice of appeal in that this notice is filed within 14 days of entry of the judgment being appealed.

                                            Respectfully submitted,

Date:  June 11, 2017         *s/ Johanna S. Schiavoni*
                                       Johanna S. Schiavoni

                                       LAW OFFICE OF
                                       JOHANNA S. SCHIAVONI

# **CERTIFICATE OF SERVICE**

*United States v. Gentile*

D.C. No. 12-cr-00360-DAD-BAM
Eastern District of California

I hereby certify that on June 11, 2017, I electronically filed the foregoing with the Clerk of the Court of the U.S. District Court for the Eastern District of California by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*s/ Johanna S. Schiavoni*
Johanna S. Schiavoni