UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAYMOND ARTHUR GENTILE,<br><br>  Defendant. | Case No. 1:12-cr-00360-DAD-BAM<br><br>9th Cir. Case No. 17-10254<br><br><u>ORDER GRANTING REQUEST TO SEAL DOCUMENTS CONTAINING MEDICAL INFORMATION</u><br><br>(Doc. No. 269) |

The court has reviewed and considered defendant-appellant's request for an order sealing documents (Doc. 269) in this case. Good cause appearing, defendant-appellant's Supplemental Declaration of Counsel Johanna S. Schiavoni Containing Confidential Medical Information, submitted as exhibit A to the Application for Opposed Emergency Application for an Interim Stay of the Defendant-Appellant's Self-Surrender Date (Doc. 268) shall be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated: **June 30, 2017**

UNITED STATES DISTRICT JUDGE

1