UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00360-DAD-BAM |
|---|---|
| Plaintiff, | 9th Cir. Case No. 17-10254 |
| v. | ORDER GRANTING IN PART DEFENDANT-APPELLANT'S APPLICATION FOR A STAY OF SELF-SURRENDER DATE |
| RAYMOND ARTHUR GENTILE, | |
| Defendant. | (Doc. 268) |

Defendant-Appellant Raymond Arthur Gentile is scheduled to self-surrender to the Bureau of Prison at a facility of its designation no later than 2:00pm on Wednesday, July 5, 2017. Defendant-Appellant has requested an emergency stay of his self-surrender date. (Doc. No. 268.) The government has opposed the emergency application. (Doc. No. 273.) The court will grant the application for a stay only in part.

Appellate counsel was appointed in this case back on June 7, 2017. The emergency application now before the court indicates that the defendant-appellant intends to file a motion for bail pending appeal but that expedited transcripts of the trial and sentencing proceedings have just been completed thus making the filing of that motion impossible. In the court's view, those transcripts were not needed for the filing of a motion for bail pending appeal and there is no good cause for this emergency application being submitted on the Friday before the defendant-appellant's surrender date which has been in place since the date of his sentencing on June 5,

1

2017.  Nonetheless, and out of an abundance of caution, in light of the continued (but so far thinly supported) claims that defendant-appellant's medical treatment for a life-threatening condition will be seriously impaired if he is required to surrender to begin serving his sentence, the court will grant his application in part.

Accordingly,

1. Defendant-Appellant Gentile's date of self-surrender is stayed pending resolution of his anticipated motion for bail pending appeal in this court;
2. Any motion for bail pending appeal must be filed with this court no later than July 5, 2017;
3. Any opposition to that motion must be filed by July 7, 2017;
4. A hearing on the motion will be held on July 10, 2017 at 1:30 p.m. at which time counsel may appear telephonically by contacting Courtroom Deputy Renee Gaumnitz no later than July 7, 2017 to make arrangements to do so and defendant-appellant's appearance at that hearing may be waived by waiver of appearance filed with the court; and
5. All conditions of release shall remain in full force and effect until further order of the Court.

IT IS SO ORDERED.

Dated: **June 30, 2017**

UNITED STATES DISTRICT JUDGE