UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00360-DAD-BAM |
|---|---|
| Plaintiff, | 9th Cir. Case No. 17-10254 |
| v. | ORDER GRANTING WAIVER OF DEFENDANT'S APPEARANCE |
| RAYMOND ARTHUR GENTILE, | (Doc. 280) |
| Defendant. | |

The court has reviewed and considered defendant's request to waive his appearance (Doc. 280). Good cause appearing, it is hereby ordered that the defendant's presence may be waived at any and all non-substantive proceedings until further order of the court.

IT IS SO ORDERED.

Dated: **July 6, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

1