PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:12-CR-00360-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| RAYMOND ARTHUR GENTILE, | |
| Defendant. | |

WHEREAS, on August 1, 2016, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 982(a)(4) and 21 U.S.C. § 853, based upon the guilty verdict entered by a jury against defendant Raymond Arthur Gentile, forfeiting to the United States the following property:

    a.    One .45 caliber Glock pistol with magazine;

    b.    Nine (9) rounds of .45 caliber Plainfield Machine Co. ammunition;

    c.    One Mossberg Model 500A pump action 12-gauge shotgun; and,

    d.    One 18.5-inch aluminum bat.

AND WHEREAS, beginning on August 3, 2016, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication

of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. 982(a)(4) and 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of Raymond Arthur Gentile.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service or the Drug Enforcement Administration shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **August 11, 2017**

_____
UNITED STATES DISTRICT JUDGE