UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND ARTHUR GENTILE,<br><br>Defendant. | Case No. 1:12-cr-00360-DAD-BAM-1<br><br><br><br>STIPULATION ORDER TO CONTINUE MOTION HEARING |

Plaintiff United States of America, by and through its counsel of record, and Defendant Raymond Gentile, through his appointed counsel, hereby stipulate as follows:

1. This Court has scheduled a follow-up hearing on the defendant's motion for bail pending appeal and alternative relief, which hearing is to occur on Tuesday, September 5, 2017, at 1:30 pm.
2. The defendant has provided additional medical records and documentation to the government and to the Court relevant to the pending motion. The defendant is scheduled to have a medically-recommended biopsy procedure on September 6, 2017.
3. To allow sufficient time for the procedure to be completed and for the results to be obtained for evaluation by the parties and the Court, the parties hereby jointly request that this Court continue the hearing on Mr. Gentile's pending motion for at least eight weeks, to no earlier than Monday, October 30, 2017.

1

4. The parties agree that the defense will provide the government and the Court with additional medical records, related information and an updated witness list (if any) by no later than one week before the re-scheduled hearing.

5. The parties agree that the current stay of Mr. Gentile's self-surrender date shall remain in place under the same terms and conditions of release previously set by the Court.

IT IS SO STIPULATED.

DATED:     August 30, 2017.     Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:     August 30, 2017.

/s/ Johanna S. Schiavoni
JOHANNA S. SCHIAVONI
Counsel for Raymond Arthur Gentile

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the motion hearing in this case.  Good cause appearing, the hearing on the defendant's motion for bail pending appeal and alternative relief as to the above named defendant currently scheduled for September 5, 2017, is continued until **October 30, 2017, at 1:30 p.m**. in courtroom 5 before District Judge Dale A. Drozd.  **No further continuances will be granted for this purpose.**

IT IS SO ORDERED.

Dated:   **August 31, 2017**                     _____
                                                 UNITED STATES DISTRICT JUDGE