# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>RAYMOND GENTILE,<br><br>*Defendant*. | No. 1:12-cr-00360-DAD-BAM<br>Eastern District of California, Fresno<br><br>9th Cir. Case No. 17-10254<br><br>**ORDER CONFIRMING STAY OF SELF-SURRENDER PENDING RESOLUTION OF DEFENDANT'S MOTION BROUGHT UNDER NINTH CIRCUITS RULE 9(b)** |

On November 1, 2017, this Court entered a Second Amended Judgment re-setting Defendant Raymond Gentile's self-surrender date to November 14, 2017 at 2:00 pm. Before that time, Mr. Gentile filed in the Ninth Circuit Court of Appeals a motion pursuant to Federal Rule of Appellate Procedure Rule 9(b) and Ninth Circuit Rule 9-1.2 seeking release pending appeal. *See* Doc. No. 305.

Because Mr. Gentile was on bail pending appeal at the time the appellate Rule 9(b) motion was filed, Ninth Circuit Rule 9-1.2(e) provides for an automatic stay of his self-surrender date during the pendency of his motion in that court. *United States v. Fuentes,*

1

946 F.2d 621, 622 (9th Cir. 1991).  Accordingly, this Court issues this order confirming that Mr. Gentile's self-surrender date and time has been and is stayed pending further ruling by operation of Ninth Circuit Rule 9-1.2(e).

IT IS SO ORDERED.

Dated: **November 22, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE