UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND ARTHUR GENTILE,<br><br>　　　　　　　Defendant. | Case No. 1:12-cr-00360-DAD-BAM-1<br><br>ORDER GRANTING THE GOVERNMENT'S <u>APPLICATION TO UNSEAL DOCUMENTS</u><br><br>(Doc. 310) |

The court has reviewed and considered the government's application for an order unsealing documents in this case (Doc. 310). Good cause appearing, the Declaration of Dr. James K. Pelton, BOP Western Regional Medical Director, previously filed herein under seal on April 24, 2015, along with the application and order sealing it (Docs. 74 and 75) shall be unsealed.

IT IS SO ORDERED.

Dated: **February 20, 2018**

　　　　　　　　　　　　　　　　　　　*/s/ Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1