**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 28 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 17-10254 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 1:12-cr-00360-DAD-BAM-1 |
| v. | Eastern District of California, Fresno |
| RAYMOND ARTHUR GENTILE, | |
| Defendant-Appellant. | ORDER |

Before: CHRISTEN and FRIEDLAND, Circuit Judges.

Appellant's motion for reconsideration of the court's December 6, 2017 order (Docket Entry No. 23) is granted in part with respect to the page limit for the motion for bail pending appeal. Appellee's motion to file an oversized response to appellant's motion for bail pending appeal (Docket Entry No. 35) is also granted. Appellant's motion to file an oversized reply in support of appellant's motion for bail (Docket Entry No. 42) is also granted.

Appellant's motion for bail pending appeal (Docket Entry No. 24) is denied. Appellant has not shown that there are exceptional reasons why his detention pending appeal is not appropriate. *See* 18 U.S.C. § 3145(c); *see also United States v. Garcia*, 340 F.3d 1013 (9th Cir. 2003).

The opening brief has been filed. Appellee's unopposed motion for an extension of time to file the answering brief (Docket Entry No. 38) is granted. The

KAM/MOATT

answering brief is due June 8, 2018. The optional reply brief is due within 21 days of the service of the answering brief.