UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND ARTHUR GENTILE,<br><br>Defendant. | Case No. 1:12-cr-00360-DAD-BAM-1<br><br>ORDER SETTING NEW SURRENDER DATE |

On November 22, 2017 this court issued an order confirming the stay of the defendant's self-surrender date into U.S. Bureau of Prisons custody by operation of Ninth Circuit Rule 9-1.2(e), pending the ruling by that court on his motion for bail pending appeal. On March 28, 2018, the Ninth Circuit Court of Appeals denied that motion. (Doc. No. 313.)

Accordingly, defendant Raymond Arthur Gentile shall now self-surrender before 2:00 p.m. on May 16, 2018, to the institution designated by the U.S. Bureau of Prisons or if no such designation has been made to the custody of the United States Marshal Service for the District of Nevada located in Las Vegas, Nevada. Defendant Gentile remains under the same terms and conditions that have governed his pretrial and post-trial release pending his surrender into custody to begin service of his sentence pursuant to this order. Defendant is reminded that a failure to surrender into custody as required by this order may constitute a separate felony offense punishable by a consecutive term of imprisonment to any sentence already imposed in this case.

1

The Clerk of the Court is directed to amend the judgment and commitment order in keeping with this order.

IT IS SO ORDERED.

Dated: **April 5, 2018**

UNITED STATES DISTRICT JUDGE