UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND ARTHUR GENTILE,<br><br>Defendant. | No. 1:12-cr-00360-DAD-BAM<br><br>ORDER REFERRING MOTION SEEKING FIRST STEP ACT RELIEF TO FEDERAL DEFENDER'S OFFICE<br><br>(Doc. No. 321) |

On June 5, 2017, defendant Raymond Arthur Gentile was sentenced in this action. (Doc. No. 232.) On August 28, 2020, defendant filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 321.)

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in conjunction with the motion for compassionate release. The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion or to notify the court and the government it does not intend to file a supplement. Thereafter, absent further order of the court amending the deadlines, the government shall have 30 days from the date of the FDO's filing to file a response to defendant's motion. Any reply shall be filed within fifteen days of the filing of any response by the government.

/////

/////

1

The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) in the CM/ECF's Notice of Electronic Filing in this action.

IT IS SO ORDERED.

Dated: __**September 2, 2020**__   _____
UNITED STATES DISTRICT JUDGE