**LAW OFFICE OF EMILY DELEON**
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 331-0207
Email: emily@lawdeleon.com

Attorney for:
**Raymond Arthur Gentile**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>RAYMOND ARTHUR GENTILE,<br><br>    Defendant. | Case No.  1:12-cr-00360-DAD<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALFIORNIA:**

  Defendant, Raymond Arthur Gentile, by and through his attorney Emily de Leon, hereby requests that Exhibit B in Defendant's Supplemental Brief filed in support of Mr. Gentile's Compassionate Release Motion be filed under seal with a copy being served upon the United States Attorney.

  This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

  The contents of Mr. Gentile's medical records set out confidential and sensitive information that is subject to the Defendant's privacy rights.  The content in the medical records goes beyond the general description of his medical conditions described in the Motion

and further contains detailed information, including prescription information and mental health diagnoses.

Accordingly, it is requested that the Medical Records, referred to as Exhibit B in the Compassionate Release Supplemental Opening Brief, be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated:   December 7, 2020   By: */s/Emily de Leon*
EMILY DE LEON
Attorney for RAYMOND GENTILE

## **ORDER**

For reasons set forth above, the Defendants request to have the Medical Records be filed Under Seal is granted with a copy being served upon the United States Attorney.

IT IS SO ORDERED.

Dated:   **December 7, 2020**          _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE