**LAW OFFICE OF EMILY DELEON**
Emily de Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
Raymond Arthur Gentile

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>**Raymond Arthur Gentile**<br><br>Defendant. | CASE NO.   1:12-CR-00360-1- DAD<br><br>**REQUEST TO SUBMIT SUPPLEMENTAL FILING; ORDER** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A DROZD, UNITES STATES DISTRICT COURT JUDGE; KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAYMOND ARTHUR GENTILE, by and through his attorney of record, EMILY DELEON, hereby requesting that the Court allow defense counsel to submit a supplemental filing, including additional medical records, in support of the supplemental brief filed December 7, 2020.

Defense counsel received updated medical records from the Bureau of Prisons on December 8, 2020.  These records included reference to the additional condition of a "fatty liver," as well as a BMI greater than 30.  Defense counsel would like the opportunity to brief the associated risks of these underlying conditions should Mr. Gentile contract COVID-19 yet again. Defense believes that these health conditions further demonstrate that Mr. Gentile's vulnerability to COVID-19 is an extraordinary and compelling reason to a sentence reduction of time served and further indicate his diminished ability to provide self-care.

1

|  |  |
|---|---|
| DATED: 12/11/20 | Respectfully Submitted,<br>*/s/ Emily Deleon*<br>EMILY DELON<br>Attorney for Defendant<br>Raymond Gentile |

## **ORDER**

Good Cause Appearing, defense counsel is hereby authorized to submit a supplemental filing in support of defendant Gentile's Motion for Compassionate Release within 14 days of the date of service of this order unless that time is extended by order of the court.

IT IS SO ORDERED.

Dated: **December 11, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE