1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:12-CR-00360-1-DAD |
|---|---|
| *Plaintiff,* | ) **APPLICATION AND ORDER** |
| vs. | ) **APPOINTING COUNSEL** |
| RAYMOND ARTHUR GENTILE, | ) |
| *Defendant.* | ) |

Defendant, Raymond Arthur Gentile, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release. On June 5, 2017, Mr. Gentile was sentenced to 60 months in custody and 4 years of supervised release. Mr. Gentile began his 4-year term of supervision on January 12, 2022.

Mr. Gentile submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his Financial Affidavit, it is respectfully recommended that counsel be appointed to assist Mr. Gentile with terminating his supervised release.

DATED: September 5, 2023                                */s/ Eric V Kersten*
                                                        ERIC V. KERSTEN
                                                        Assistant Federal Defender
                                                        Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**September 5, 2023**__        /s/ *Barbara A. McAuliffe*
                                                                       UNITED STATES MAGISTRATE JUDGE